UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MANSFIELD PLUMBING PRODUCTS, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:05CV1687 |
| | : | |
| v. | : | Judge Gaughan |
| | : | |
| TEAMSTERS, CHAUFFEURS & | : | Magistrate Judge McHargh |
| HELPERS LOCAL UNION NO. 40, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS**

Now come the parties, by and through counsel, and hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that Plaintiff's claims in this action shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees. This dismissal shall not effect Defendant's counterclaims in this action.

PER EMAIL AUTHORIZATION

| | |
|---|---|
| /s/ Michael A. McNew by W. Irl Reasoner | /s/ W. Irl Reasoner |
| Michael A. McNew (0070865) | W. Irl Reasoner (0025798) |
| DOLL, JANSEN & FORD | HABASH, REASONER & FRAZIER LLP |
| Suite 1100 | Suite 800 |
| 111 West First Street | 471 East Broad Street |
| Dayton, OH 45402 | Columbus, OH 43215 |
| (937) 461-5310 | (614) 221-9400 |
| (937) 461-7219 Fax | (614) 221-1214 Fax |
| mmcnew@djflawfirm.com | ireasoner@hrf-law.com |
| | |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

So Ordered.
   /s/ Patricia A. Gaughan
      8/19/05